United States District Court
District of Massachusetts

| | |
|---|---|
| RFF FAMILY PARTNERSHIP, LP,<br><br>    Plaintiff,<br><br>    v.<br><br>LINK DEVELOPMENT, LLC and STEVEN A. ROSS, individually and in his capacity as Trustee of BD Lending Trust,<br><br>    Defendants. | Civil Action No.<br>14-10065-NMG |

ORDER

GORTON, J.

With respect to the claims remanded to this Court from the United States Court of Appeals for the First Circuit,

- Defendants Link Development, LLC ("Link") and Steven Ross, as trustee of BD Lending Trust ("BD") are directed to show cause why judgment should not enter against them on Count 1 of the complaint given the Court's prior holding that Attorney Sojcher lacked authority to enter into the BD Mortgage. See the Court's Memorandum and Order dated September 30, 2014, Docket No. 71 at page 24. Defendants may each file a memorandum not to exceed ten (10) pages on or before August 1, 2016. Plaintiff RFF Family Partnership, LP ("RFF") may file a response not to exceed ten (10) pages within 14 days

-1-

thereafter.

- Plaintiff RFF is directed to show cause why judgment should not enter against it on Count IV of the complaint against Link given the Court's prior holding as a matter of law that Link did not act with knowledge or reckless disregard of the truth when it recorded the assignment of the BD Mortgage. See the Court's Memorandum and Order dated September 30, 2014, Docket No. 71 at pages 23-24. Plaintiff may file a memorandum not to exceed ten (10) pages on or before August 1, 2016. Defendant Link may file a response not to exceed ten (10) pages within 14 days thereafter.

- Plaintiff RFF and defendant BD are directed to file cross motions for summary judgment on Count IV of the complaint (with respect to RFF's claim against BD for slander of title) on or before August 1, 2016. Memoranda of law are not to exceed ten (10) pages and statements of material fact are not to exceed five (5) pages. Opposition memoranda (including one from defendant Link if deemed necessary) also not to exceed ten (10) pages may be filed within 14 days thereafter. Reply memoranda will be permitted only with leave of Court.

**So ordered.**

/s/ Nathaniel M. Gorton
_____
Nathaniel M. Gorton
United States District Judge

Dated June 15, 2016